No. 6,973.—POLICH TRADING CO., APPELLANT, *v.* WALTER SCOTT, COUNTY TREASURER, RESPONDENT.

Decided June 13, 1933.

PER CURIAM.—The appeal in the above-entitled cause is dismissed for want of prosecution.

*Mr. P. F. Maris* and *Mr. Raymond T. Nagle,* for Appellant.

No. 7,162.—STATE EX REL. THOMAS ORR, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided June 17, 1933.

PER CURIAM.—It appearing from the return made by respondents to the order granting an alternative writ of mandate herein that the object for which the writ was granted has been accomplished, the proceeding is dismissed.

*Mr. F. W. Mettler* and *Messrs. Toomey & McFarland* (of Counsel), for Relator.

*Mr. W. W. Mercer,* for Respondents.